IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Align, Assess, Achieve, LLC, | : | |
| Plaintiff | : | Civil Action 2:12-cv-00016 |
| v. | : | Judge Marbley |
| Toledo Public Schools, | : | Magistrate Judge Abel |
| Defendant | : | |

# Order

Counsel for defendant reported that the parties have negotiated a settlement. The settlement requires approval of the school board, and it will be considered at the November 27, 2012 meeting. Counsel are DIRECTED to file a dismissal entry on or before December 18, 2012.

s/ Mark R. Abel
United States Magistrate Judge