IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Align, Assess, Achieve, LLC, | * | |
| | | Civil Action 2:12-cv-16 |
| Plaintiff, | * | |
| | | JUDGE MARBLEY |
| | * | |
| v. | | MAGISTRATE JUDGE ABEL |
| | * | |
| Toledo Public Schools, | | |
| | * | |
| Defendant. | | |
| | * | |

**STIPULATED ENTRY OF
DISMISSAL WITH PREJUDICE**

The parties represent to the Court that all matters in dispute and controversy in this case have been settled.  Pursuant to Federal Rule 41(a)(1)(A)(ii) the parties stipulate to the dismissal of this case with prejudice, each party to bear its own costs.


Respectfully submitted,


    /s/ Brian Murphy
Brian Murphy, Esquire (0070654)
MURRAY, MURPHY, MOUL
   & BASIL, LLP
Counsel for Plaintiff

    /s/  James H. Irmen
James H. Irmen (0033697)
MARSHALL & MELHORN, LLC
Counsel for Defendant